UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
LUIS ROSALES,

                Plaintiff,      07 Civ. 10554(LAP)(DFE)

    - against -              MEMORANDUM AND ORDER

BRIAN FISCHER, Defendant # 1;
EDWARD J. SWEENEY, Defendant #2;
H. KIHENDALL, Defendant #3;
LUCIEN J. LeCLAIRE, Defendant #4;
KEITH F. DUBRAY, Defendant #5;
LESTER N. WRIGHT, Defendant #6;
HOLLY A. COLLETT, Defendant #7;
ENNE MARTONE, Defendant #8;
KAREN BELLAMY, Defendant #9;
ROBERT E. ERCOLE, Defendant #10;
LUCAS [Deputy Superintendent
at Green Haven Correctional
Facility], Defendant #11;
B. LIGHT, Defendant #12;
W. KELLY, Defendant #13;
B. HOPE, Defendant #14;
PURCELL, Defendant #15;
CEFALONI, Defendant #16;
D. WILLIAMS, Defendant #17;
BETSY KELLY, Defendant #18; and
JOHN SHANE, Defendant #19,

                Defendants.
------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

DOUGLAS F. EATON, United States Magistrate Judge.

    1.  District Judge Loretta S. Preska has referred this case to me to conduct general pretrial supervision.  This means that I will rule on pretrial scheduling and discovery, but any dispositive motions, such as dismissal motions, should be addressed to Judge Preska.

    2.  A review of the Court records indicates that the complaint was filed on November 26, 2007, and there is no proof that the summons and complaint have been served upon any of the defendants.  Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is
> not made upon a defendant within 120 days



>after the filing of the complaint [i.e., by
>March 25, 2008], the court, upon motion or
>on its own initiative after notice to the
>plaintiff, shall dismiss the action without
>prejudice as to that defendant or direct that
>service be effected within a specified time;
>provided that if the plaintiff shows good
>cause for the failure, the court shall extend
>the time for service for an appropriate period...

3. I direct Mr. Rosales to complete all action needed for formal service of the summons and complaint upon each defendant. For this purpose, plaintiff must fill out the forms provided by this Court's Pro Se Office and forward them to the U.S. Marshal. If plaintiff needs more forms, he should request them from the Pro Se Office.

4. If plaintiff does not, by March 25, 2008, send me proof of service or good reasons for failure to make service, then I will recommend that the District Judge dismiss this lawsuit as to any unserved defendant.

5. As soon as any defendant has been served, plaintiff must write to me within 20 days to tell me which defendant has been served.

6. Plaintiff is required to give prompt written notice, to both the Pro Se Office and my chambers, about any change of address. Failure to do so may result in a dismissal of the lawsuit.

7. The address of the Pro Se Office is Room 230, United States Courthouse, 500 Pearl Street, New York, NY 10007, and their telephone number is (212) 805-0175. They can provide assistance in connection with the Court's procedures, but they can not give legal advice.

*[signature]*
DOUGLAS F. EATON
United States Magistrate Judge
500 Pearl Street, Room 1360
New York, New York 10007
Telephone: (212) 805-6175
Fax: (212) 805-6181

Dated:   New York, New York
         January 14, 2008

Copies of this Memorandum and Order are being sent by mail to:

Luis Rosales
(91-A-3067)
Wende Correctional Facility
Wende Road
P.O. Box 1187
Alden, NY 14004

Pro Se Office
U.S. District Courthouse
500 Pearl Street, Room 230
New York, NY 10007

Hon. Loretta A. Preska