```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUIS ROSALES,

           Plaintiff,

   -against-

BRIAN FISCHER, et al.,

           Defendants.
------------------------------------------------------------x

[~~PROPOSED~~] REVISED JOINT DISCOVERY PLAN AND SCHEDULING ORDER

07-CV-10554 (LAP) (DFE)

Pro Se

MAILED TO *petty* COUNSEL

WHEREAS, the Court endorsed the parties' Joint Discovery Plan and Scheduling Order on August 17, 2009;

WHEREAS, the following Revised Joint Discovery Plan and Scheduling Order is adopted, incorporating by reference ##1-5 of the August 17, 2009 Joint Discovery Plan and Scheduling Order, after consultation of the parties and request by the plaintiff, pursuant to FED. R. CIV. P. 26(a) & (e), 33-34, 45, and SDNY LOCAL CIV. R. 33.2;

NOW, THEREFORE, upon the consent of the parties, they hereby submit the following:

6) Deposition of the plaintiff to be completed at Sing Sing Correctional Facility by December 14, 2009;

7) Any further interrogatories, requests for production of documents, and requests to admit, if any, to be served no later than January 4, 2010;

8) Any expert disclosures to be served by January 19, 2010, with any experts' depositions completed by February 5, 2010;

9) All fact and expert discovery to be completed by February 5, 2010;

10) Any requests for a pre-motion conference regarding dispositive motions to be filed by February 12, 2010;

11) If no dispositive motions are filed, a Joint Pretrial Order will be due by March 5, 2010; if dispositive motions are filed, the filing of a Joint Pretrial Order will be stayed pending adjudication.

Dated: Pine City, New York
Oct. 23, 2009

By: _____

| Luis Rosales | FREDERICK H. WEN |
| Pro se Plaintiff | State of New York |
| 91-A-3067 | Office of the Attorney General |
| Southport Correctional Facility | Assistant Attorney General |
| P.O. Box 2000 | 120 Broadway |
| 236 Bob Masia Drive | New York, NY 10271 |
| Pine City, New York 14871-2000 | Attorney for Defendants |

Dated: New York, New York
October 20, 2009

By: Frederick Wen

Sworn to before me this
23 day of October, 2009

_____
Notary Public of the
State of New York

STEVEN PIECUCH
Notary Public, State of New York
Qual. in Chemung Co. No. 01PI6187437
Commission Expires May 19, 20__

Dated: New York, New York
November 17, 2009

ENTER:

IT IS SO ORDERED:

_____
Hon. Loretta A. Preska, C.U.S.D.J.

2